■■■ In the Matter of CLIFFORD T., a Person Alleged to be in Need of Supervision, Appellant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [689 NYS2d 920] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in denying respondent's request for a hearing before extending placement (*see, Matter of Christopher R.,* 185 AD2d 681). We remind the court that Family Court Act § 756-a (b) provides that the court shall hold a hearing before extending placement.

We therefore remit the matter to Erie County Family Court for an immediate hearing on the petition. (Appeal from Order of Erie County Family Court, Mix, J.—Person In Need of Supervision.) Present—Denman, P. J., Green, Pine, Scudder and Balio, JJ.